**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

AARON BURNS,

    Petitioner,

v.                                  Case No. 5:15cv65-RV/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated April 25, 2015, to deny the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (ECF No. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "The amended petition (ECF No. 15) is **DENIED**."

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**.

4. The Clerk shall close the file.

**DONE AND ORDERED** on May 25, 2017.

*s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**